**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2490**

---

EDDIE W. HARRIS, JR.,

Plaintiff - Appellant,

versus

VIRGINIA GRAINER; MAGGIE LOULLA; INTERNAL
REVENUE SERVICE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior District Judge.  (CA-96-358-3)

---

Submitted:  February 13, 1997          Decided:  March 4, 1997

---

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Eddie W. Harris, Jr., Appellant Pro Se.  William Sears Estabrook, III, Pamela C. Berry, Michaelle Bachand O'Connor, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order dismissing his tax refund suit for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Harris v. Grainer</u>, No. CA-96-358-3 (E.D. Va. Sept. 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>